DANIEL J. BERGESON, SBN 105439, dbergeson@be-law.com
CAROLINE McINTYRE, SBN 159005, cmcintyre@be-law.com
JOHN D. PERNICK, SBN 155468, jpernick@be-law.com
BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Telephone:  (408) 291-6200
Facsimile:  (408) 297-6000

GEORGE T. CONWAY, III, admitted *pro hac vice*
GTConway@wlrk.com
CAROLINE A. OLSEN, admitted *pro hac vice*
CAOlsen@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

Attorneys for Defendants
HEWLETT-PACKARD COMPANY, and
HEWLETT-PACKARD MEXICO, S. DE R.L. DE C.V.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PETRÓLEOS MEXICANOS, and PEMEX EXPLORACIÓN Y PRODUCCIÓN<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD MEXICO, S. DE R.L. DE C.V.<br><br>Defendants. | Case No. CV14-05292-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES**<br><br>Hon. Beth Labson Freeman<br>Ctrm 3, 5th Fl.<br><br>Complaint Filed:  December 2, 2014<br>Trial Date:  None set |

1    Pursuant to Civil L.R. 6-2, Plaintiffs Petróleos Mexicanos and Pemex Exploración Y

2  Producción (collectively "Plaintiffs") and Defendants Hewlett-Packard Company and Hewlett-

3  Packard Mexico, S. de R.L. de C.V. (collectively "Defendants") (Plaintiffs and Defendants

4  collectively are referred to as the "Parties") respectfully submit the following Stipulation And

5  [Proposed] Order Continuing Dates:

6    WHEREAS, the Parties previously entered into Stipulations and [Proposed] Orders

7  regarding the response to the initial Complaint and timing of the initial Case Management

8  Conference;

9    WHEREAS, Plaintiffs filed their First Amended Complaint on July 31, 2015;

10    WHEREAS, Defendants have indicated that they plan to file a motion to dismiss, and in

11  order to allow sufficient time for the briefing, the Parties have agreed to the following schedule:

12    1.  Defendants shall have until August 21, 2015 to respond to the First Amended

13      Complaint;

14    2.  Plaintiffs shall have until September 15, 2015 to file an opposition; and

15    3.  Defendants shall have until September 28, 2015 to file a reply.

16    WHEREAS, the Parties do not expect the continued dates to impact other scheduling in the

17  case.

18                                **STIPULATION**

19    NOW, therefore, in consideration of the above Recitals,

20    IT IS HEREBY STIPULATED between Plaintiffs and Defendants, by and through their

21  undersigned attorneys, that:

22    1.  Defendants shall have until August 21, 2015 to file their motion to dismiss the First

23      Amended Complaint;

24    2.  Plaintiffs shall have until September 15, 2015 to file an opposition; and

25    3.  Defendants shall have until September 28, 2015 to file a reply.

26  ///

27  ///

28  ///

                                            1

STIPULATION AND [PROPOSED] ORDER CONTINUING
DATES                                                    CASE NO. CV14-05292-BLF

1    IT IS SO STIPULATED.

2    Respectfully submitted:

3    Dated:  August 6, 2015                    BERGESON, LLP

4

5                                             By:  _____/s/_____
                                             Daniel J. Bergeson, SBN105439
6                                             dbergeson@be-law.com
                                             Caroline McIntyre, SBN 159005
7                                             cmcintyre@be-law.com
                                             John D. Pernick, SBN 155468
8                                             jpernick@be-law.com
                                             BERGESON, LLP
9                                             2033 Gateway Place, Suite 300
                                             San Jose, CA 95110
10                                            Telephone:  (408) 291-6200
                                             Facsimile:   (408) 297-6000
11
                                             George T. Conway, III, admitted *pro hac vice*
12                                            GTConway@ wlrk.com
                                             Caroline A. Olsen, admitted *pro hac vice*
13                                            CAOlsen@wlrk.com
                                             WACHTELL, LIPTON, ROSEN & KATZ
14                                            51 West 52nd Street
                                             New York, NY 10019
15                                            Telephone:  (212) 403-1000
                                             Facsimile:  (212) 403-2000
16
                                             Attorney for Defendants
17                                            HEWLETT-PACKARD COMPANY AND
                                             HEWLETT-PACKARD MEXICO, S. DE R.L. DE
18                                            C.V.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

STIPULATION AND [PROPOSED] ORDER CONTINUING
DATES                                          CASE NO. CV14-05292-BLF

1   Dated:  August 6, 2015                PROCOPIO, CORY, HARGREAVES AND
                                          SAVITCH LLP
2

3                                         By:  _____/s/_____
                                          Melinda M. Morton, SBN 209373
4                                         mindy.morton@procopio.com
                                          PROCOPIO, CORY, HARGREAVES AND
5                                         SAVITCH LLP
                                          1020 Marsh Road, Suite 200
6                                         Menlo Park, CA  94025
                                          Telephone:  (650) 645-9000
7                                         Facsimile:   (650) 566-1061

8                                         Richard D. Bernstein, admitted *pro hac vice*
                                          rbernstein@willkie.com
9                                         Frank M. Scaduto, SBN 271451
                                          fscaduto@willkie.com
10                                        WILLKIE FARR & GALLAGHER LLP
                                          1875 K Street, NW
11                                        Washington, DC  20006
                                          Telephone:  (202) 303-1000
12                                        Facsimile:  (202) 303-2000

13                                        Attorney for Plaintiffs
                                          PETRÓLEOS MEXICANOS, and PEMEX
14                                        EXPLORACIÓN Y PRODUCCIÓN

15          Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf

16  the filing is submitted, concur in the filing's content and have authorized the filing.

17                                          **ORDER**

18          Pursuant to the stipulation of the parties and good cause appearing therefore:

19          PURSUANT TO THE STIPULATION, IT IS ORDERED AS FOLLOWS:

20          1.  Defendants shall have until August 21, 2015 to file their motion to dismiss the First

21  Amended Complaint;

22          2.      Plaintiffs shall have until September 15, 2015 to file an opposition; and

23          3.      Defendants shall have until September 28, 2015 to file a reply.

24

25  Dated:  August 7, 2015

26                                          Judge Beth Labson Freeman
                                            UNITED STATES DISTRICT COURT JUDGE
27

28

                                                   3