Melinda M. Morton, SBN 209373
mindy.morton@procopio.com
PROCOPIO, CORY, HARGREAVES AND SAVITCH LLP
1020 Marsh Road, Suite 200
Menlo Park, CA  94025
Telephone:  650.645.9000
Facsimile:  650.566.1061

Richard D. Bernstein, appearance *pro hac vice*
Frank M. Scaduto, SBN 271451
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC  20006
Telephone:  202.303.1000
Facsimile:  202.303.2000

*Attorneys for Plaintiffs*
PETRÓLEOS MEXICANOS and
PEMEX EXPLORACIÓN Y PRODUCCIÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETRÓLEOS MEXICANOS, and PEMEX EXPLORACIÓN Y PRODUCCIÓN<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD MEXICO, S. DE R.L. DE C.V.<br><br>Defendants. | Case No. CV14-05292 BLF (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DATES**<br><br>Hon. Beth Labson Freeman<br>Ctrm 3, 5th Fl.<br><br>Complaint Filed:  December 2, 2014<br>Trial Date:  None set |

Pursuant to Civil L.R. 6-2, Plaintiffs Petróleos Mexicanos and Pemex Exploración Y Producción (collectively "Plaintiffs") and Defendants Hewlett-Packard Company and Hewlett-Packard Mexico, S. de R.L. de C.V. (collectively "Defendants") (Plaintiffs and Defendants collectively are referred to as the "Parties") respectfully submit the following Stipulation And [Proposed] Order Vacating Dates:

WHEREAS, the Parties previously entered into Stipulations and [Proposed] Orders regarding the response to the initial and First Amended Complaint, as well as the timing of the initial Case Management Conference;

WHEREAS, Defendants filed a Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") on August 21, 2015;

WHEREAS, Plaintiffs' opposition to the Motion to Dismiss is due September 15, 2015;

WHEREAS, Defendants reply in support of the Motion to Dismiss is due September 28, 2015;

WHEREAS, the hearing on the Motion to Dismiss is set for December 10, 2015;

WHEREAS, the Case Management Conference is set for September 17, 2015 at 1:30 p.m.; and

WHEREAS, the parties believe it is in their best interests, as well as the Court's interest in conserving judicial resources, to postpone the foregoing deadlines and all other pending deadlines.

## STIPULATION

NOW, therefore, in consideration of the above Recitals,

IT IS HEREBY STIPULATED between Plaintiffs and Defendants, by and through their undersigned attorneys, that the September 17, 2015 Case Management Conference, the Motion to Dismiss briefing deadlines, the December 10, 2015 hearing, and all other pending deadlines should be VACATED.  The parties agree to meet and confer as necessary on alternatives that better serve their interests and those of judicial economy and resources.  The parties further agree to have a telephonic status conference with the Court on October 29, 2015 or such other date as the Court sets.

IT IS SO STIPULATED.

Respectfully submitted:

Dated:  September 3, 2015

PROCOPIO, CORY, HARGREAVES AND SAVITCH LLP

By:   /s/ *Melinda M. Morton*
Melinda M. Morton, SBN 209373
mindy.morton@procopio.com
PROCOPIO, CORY, HARGREAVES AND SAVITCH LLP
1020 Marsh Road, Suite 200
Menlo Park, CA  94025
Telephone:  (650) 645-9000
Facsimile:   (650) 566-1061

Richard D. Bernstein, admitted *pro hac vice*
rbernstein@willkie.com
Frank M. Scaduto, SBN 271451
fscaduto@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC  20006
Telephone:  (202) 303-1000
Facsimile:   (202) 303-2000

Attorney for Plaintiffs
PETRÓLEOS MEXICANOS, and PEMEX EXPLORACIÓN Y PRODUCCIÓN

Dated:  September 3, 2015

BERGESON, LLP

By:  /s/ *Caroline McIntyre*
Daniel J. Bergeson, SBN105439
dbergeson@be-law.com
Caroline McIntyre, SBN 159005
cmcintyre@be-law.com
John D. Pernick, SBN 155468
jpernick@be-law.com
BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

George T. Conway, III, admitted *pro hac vice*
GTConway@ wlrk.com
Caroline A. Olsen, admitted *pro hac vice*
CAOlsen@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

2
STIPULATION AND [PROPOSED] ORDER VACATING DATES      CV14-05292 BLF (NC)
DOCS 2329791.1

Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Attorney for Defendants
HEWLETT-PACKARD COMPANY AND
HEWLETT-PACKARD MEXICO, S. DE R.L. DE C.V.

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore:

PURSUANT TO THE STIPULATION, IT IS ORDERED AS FOLLOWS:

The September 17, 2015 Case Management Conference, the Motion to Dismiss briefing deadlines, the December 10, 2015 hearing, and all other pending deadlines are VACATED. The parties shall meet and confer as necessary on alternatives that better serve their interests and those of judicial economy and resources. A telephonic status conference shall be held on October 29, 2015, at _____ or such other date and time as the Court sets.

Dated: _____   _____
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT JUDGE