1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DANIEL J. BERGESON, SBN 105439, dbergeson@be-law.com
CAROLINE McINTYRE, SBN 159005, cmcintyre@be-law.com
JOHN D. PERNICK, SBN 155468, jpernick@be-law.com
BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

GEORGE T. CONWAY III, admitted *pro hac vice*
GTConway@wlrk.com
CAROLINE A. OLSEN, appearance *pro hac vice*
caolsen@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000

Attorneys for Defendants
HP INC. (formerly known as HEWLETT-PACKARD COMPANY)
and HEWLETT-PACKARD MEXICO, S. DE R.L. DE C.V.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PETRÓLEOS MEXICANOS, and PEMEX EXPLORACIÓN Y PRODUCCIÓN<br><br>                            Plaintiffs,<br><br>      v.<br><br>HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD MEXICO, S. DE R.L. DE C.V.<br><br>                        Defendants. | Case No. CV14-05292-BLF<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge:  Hon. Beth Labson Freeman<br>Crtrm:  3, 5th Floor<br><br>Complaint Filed:  December 2, 2014<br>Trial Date:  None set |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their

2    counsel of record, that this action shall be dismissed with prejudice pursuant to Rule

3    41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

4    Dated: November 4, 2015                          BERGESON, LLP

5

6                                                     By: _Caroline M Tillye_
                                                     Daniel J. Bergeson, SBN105439
7                                                    dbergeson@be-law.com
                                                     Caroline McIntyre, SBN 159005
8                                                    cmcintyre@be-law.com
                                                     John D. Pernick, SBN 155468
9                                                    jpernick@be-law.com
                                                     BERGESON, LLP
10                                                   2033 Gateway Place, Suite 300
                                                     San Jose, CA 95110
11                                                   Telephone:  (408) 291-6200
                                                     Facsimile:  (408) 297-6000

12                                                   George T. Conway III, admitted *pro hac vice*
                                                     GTConway@wlrk.com
13                                                   Caroline A. Olsen, appearance *pro hac vice*
                                                     caolsen@wlrk.com
14                                                   WACHTELL, LIPTON, ROSEN & KATZ
                                                     51 West 52nd Street
15                                                   New York, NY 10019
                                                     Telephone:  (212) 403-1000
16                                                   Facsimile:  (212) 403-2000

17                                                   Attorney for Defendants
                                                     HP INC. (formerly known as HEWLETT-
18                                                   PACKARD COMPANY) and HEWLETT-
                                                     PACKARD MEXICO, S. DE R.L. DE C.V.
19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL                                     CASE NO. CV14-05292-BLF

1   Dated: November ___, 2015

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROCOPIO, CORY, HARGREAVES AND
SAVITCH LLP

By: _____
Melinda M. Morton, SBN 209373
mindy.morton@procopio.com
PROCOPIO, CORY, HARGREAVES AND
SAVITCH LLP
1020 Marsh Road, Suite 200
Menlo Park, CA  94025
Telephone:  (650) 645-9000
Facsimile:   (650) 566-1061

Richard D. Bernstein, admitted *pro hac vice*
rbernstein@willkie.com
Frank M. Scaduto, SBN 271451
fscaduto@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC  20006
Telephone:  (202) 303-1000
Facsimile:  (202) 303-2000

Attorney for Plaintiffs
PETRÓLEOS MEXICANOS and PEMEX
EXPLORACIÓN Y PRODUCCIÓN

3